**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In re American Access Casualty Company

Appellate case number:    01-20-00697-CV

Trial court case number:  2020-27925

Trial court:                      295th District Court of Harris County

Relator, American Access Casualty Company, has filed a petition for writ of mandamus challenging the trial court's August 15, 2020 order disqualifying relator's counsel. In conjunction with the petition, relator filed a motion for temporary relief requesting that this Court stay the underlying proceedings pending our decision on the mandamus petition. We **grant** the motion for temporary relief and stay all proceedings in the underlying case until further notice. The Court requests that real party in interest file a response to the petition for writ of mandamus by no later than **November 2, 2020**.

It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
                                    Acting individually

Date: ___October 13, 2020____